Full opinion will be published later. Watch **Omnibus Index.**

### **STATE** ex **DOWNING** v **POWERS**

Ohio Supreme Court

No 23402.  Decided March 30, 1932

Marshall, CJ, Jones, Matthias, Day, Allen and Kinkade, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**